IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD OLAGUE, | 1:05-cv-00938-WMW (HC) |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION TO APPOINT COUNSEL DUE TO NINTH CIRCUIT APPEAL |
| D ADDAMS, | (DOCUMENT #23) |
| Respondent. | |
| _____/ | |

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 28, 2008, petitioner filed a motion for appointment of counsel. Insomuch as petitioner's case was dismissed by this court on April 10, 2008, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on April 28, 2008, this motion is more properly brought before the Court of Appeals.  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   April 30, 2008**             /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE